IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GUY E. BACON,                               )
                                            )
                 Plaintiff,                 )
                                            )
vs.                                         )   CIVIL ACTION NO. 2:09cv478-WHA
                                            )
GREEN TREE SERVICING, LLC, and              )
EQUIFAX INFORMATION SERVICES,               )
LLC,                                        )
                                            )
                 Defendants.                )

## ORDER

On June 16, 2009, the court entered an order (Doc. #9), directing counsel for the parties to hold the planning meeting required by Rule 26(f), *Fed.R.Civ.P.*, and to file a Report of Parties' Planning Meeting no later than July 7, 2009. The Plaintiff, through his attorney, Jennifer Jordan, failed to comply with that order, by failing to respond to several attempts by the Defendants' attorneys to contact her for the holding of the required planning meeting. Therefore, no joint Report of Parties' Planning Meeting, with participation by the Plaintiff's lawyer, was filed, although counsel filed requests for scheduling deadlines in a timely manner.

Because of Ms. Jordan's failure to comply with the court's order of June 16, 2009, on July 28, 2009, the court entered another order (Doc. #11), requiring the Plaintiff, Guy E. Bacon, and his attorney, Jennifer Jordan, to show cause, if any there be, on or before August 3, 2009, why this case should not be dismissed for want of prosecution and for failure to comply with the order of the court entered on June 16, 2009, and the Plaintiff and his attorney were advised that failure to respond to that order would result in the case being dismissed at that time. No

response to that order was filed by Jennifer Jordan, or by her client, although the records of the court show that notice of this order was sent both electronically and by mail to all addresses furnished to this court by Ms. Jordan, and to all addresses shown in the records of the Alabama State Bar.

Therefore, because of the failure of Jennifer Jordan to comply with orders of this court, and for failure of the Plaintiff and his attorney to prosecute this action, it is hereby ORDERED as follows:

1. This action is DISMISSED without prejudice.

2. Jennifer Jordan is ORDERED to deliver a copy of this order to her client, Guy E. Bacon, **no later than October 16, 2009**, and to file with this court **no later than that time**, a certificate of compliance, stating that she has delivered a copy of this order to her client, and giving the client's address.

3. This matter is referred to the Alabama State Bar for investigation and disposition.  In that regard, the clerk is DIRECTED to furnish a copy of this order to J. Anthony McLain, Esq., General Counsel, Alabama State Bar, Center for Professional Responsibility, P. O. Box 671, Montgomery, Alabama, 36101.

4. The clerk is requested to furnish copies of this order to all other judges of this court, for their consideration in the event that Jennifer Jordan appears as attorney of record in any other case pending here.

DONE this 7th day October, 2009.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON

2

SENIOR UNITED STATES DISTRICT JUDGE